[No. 44589-1-II.  Division Two.  October 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. JOEL KISSLER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-03177-2, Kathryn J. Nelson, J., entered March 1, 2013. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Bjorgen, J., concurred in by Johanson, C.J., and Melnick, J.

[No. 44794-1-II.  Division Two.  October 28, 2014.]

THE CITY OF TACOMA, *Respondent*, v. DAVID ERICKSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-02257-9, Thomas Felnagle, J., entered March 22, 2013. *Affirmed* by unpublished opinion per Johanson, C.J., concurred in by Bjorgen and Melnick, JJ.

[No. 44887-4-II.  Division Two.  October 28, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. STEFFAN D. GALE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 12-1-01909-8, John A. McCarthy, J., entered May 17, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Maxa and Melnick, JJ.

[No. 44915-3-II.  Division Two.  October 28, 2014.]

GOLDBERG FAMILY INVESTMENT CORPORATION, *Appellant*, v. WILLIAM D. QUIGG ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-2-01657-5, Michael J. Sullivan, J. Pro Tem., entered April 12, 2013. *Affirmed* by unpublished opinion per Bjorgen, A.C.J., concurred in by Lee, J., and Hunt, J. Pro Tem.